U. S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED- LAFAYETTE

OCT 0 5 2011

TONY R. MOORE, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **WISNER POINVILLE** | : | **DOCKET NO. 6:11-cv-0466** |
| | | **Section P** |
| **VS.** | : | **JUDGE HAIK** |
| **WARDEN VIATOR, ET AL.** | : | **MAGISTRATE JUDGE HILL** |

# JUDGMENT

This matter was referred to United States Magistrate Judge C. Michael Hill for Report and Recommendation. No objections have been filed. The Court concludes that the Report and Recommendation of the magistrate judge is correct and therefore adopts the conclusions set forth therein. Accordingly;

**IT IS ORDERED** that the Respondents' Motion to Dismiss [doc. 12] is **GRANTED** and accordingly, this petition is **DENIED AND DISMISSED WITH PREJUDICE** as moot.

**THUS DONE AND SIGNED**, in chambers, in Lafayette, Louisiana, on this 4th day of October, 2011.

R. T. Haik
**RICHARD T. HAIK**
**UNITED STATES DISTRICT JUDGE**